

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOSE L. SILVA-SMITH AND
JONATHAN G. SILVA-SMITH,

§          No. 08-22-00088-CV

§          Appeal from the

Appellants,

§          205th District Court

v.

§          of El Paso County, Texas

DARLENE E. SMITH,

§          (TC# 2019-DCV-4636)

Appellee.

§

## **O R D E R**

Pending before the Court is a motion filed by Appellants' attorney, Stephen G. Peters, to withdraw as counsel. The Appellants have not filed an objection with the Court. The motion is GRANTED. The Appellants' brief is due to be filed on August 29, 2022. The Court requests that Appellants notify the Court immediately if they retain appellate counsel.

IT IS SO ORDERED this 27th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.